AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)


Washington, DC

### APPLICATION AND AFFIDAVIT
### FOR SEARCH WARRANT


CASE NUMBER:

(Further described below)

I David C. Widey being duly sworn depose and say:


I am a(n) Officer of the Metropolitan Police Department, Fifth District and have reason to believe
            (Official Title)

that  (name, description and or location)
The premises, known as XXXXXXXXXX, NE, Washington, D.C., described as a red brick two-story row house.  The house has an outer white front storm door and an inner white front door.  The numbers  "XXXX" are in gold in color and are affixed immediately to the left of the front door frame.


in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)

Narcotics (cocaine), additional drugs, drug packaging and processing materials, scales, cutting tools, cash, containers, safes, computers and other electronic devices which aid in the continuing criminal enterprise of narcotics trafficking such as but not limited to; records such as talley sheets books, receipts, notes, ledgers, bank records, telephone bills, money orders, and other papers documenting the importation, purchase, processing and manufacturing, ordering, sales and distribution of crack cocaine and other drugs as well as any other illegal items associated with  drug sale and procession, proof of residence and any other violation of the law.  Ammunition, holsters, firearms, bullet proof  vests, cleaning kits and  other  documentary and photographic evidence of firearms possession and violations.
which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)


which constitute evidence of a criminal offense

concerning a violation of Title 21 United States Code, Section(s) 841(a)(1).  The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN


Continued on the attached sheet and made a part hereof.    ☒  YES   ☒   NO

Patricia Stewart
Federal Major Crimes Section
_____
                                    Signature of Affiant
(202) 514-7064

Sworn to before me, and subscribed in my presence

11/9/07 _____    at Washington, D.C.
Date

# METROPOLITAN POLICE DEPARTMENT
## WASHINGTON, D.C.

### AFFIDAVIT IN SUPPORT OF A U.S. DISTRICT COURT SEARCH WARRANT

SEARCH WARRANT FOR:   THE ENTIRE PREMISES OF **XXXXXXXX, NE, WASHINGTON, D.C.**  THE RESIDENCE IS DESCRIBED AS A RED BRICK TWO-STORY ROW HOUSE.  THE HOUSE HAS AN OUTER WHITE FRONT STORM DOOR AND AN INNER WHITE FRONT DOOR.  THE NUMBERS "XXXX" ARE GOLD IN COLOR AND ARE AFFIXED IMMEDIATELY TO THE LEFT OF THE FRONT DOOR FRAME.

I, David C Wildey, an Officer with the Metropolitan Police Department  (MPD), Fifth District Vice Unit, Washington, D.C., (hereinafter affiant) being duly sworn, depose and state as follows:

1.      Your affiant has been a sworn member of the Metropolitan Police Department for over five years and is currently assigned to the 5th District Vice Unit. During my experience as a police officer I have been involved in numerous arrests for illegal narcotics violations, guns and weapons violations, and other violations of the law.  I have participated in several search warrants in which arrests were made and narcotics, money, and guns were recovered.   I have also received training in the identification and packaging of illicit drugs.  Additionally I have assisted in interviewing and interrogating suspects who have been charged with illegal possession of firearms and narcotics.

2.      Based on your affiant's training, experience and extensive participation in narcotics and drug related investigations, your affiant knows that:

a. Individuals who deal in illegal controlled substances maintain books, records, receipts, notes, ledgers, bank records, money orders and other papers relating to the importation, manufacture, transportation, ordering, sale and distribution of illegal controlled substances.  These tally sheets, books, records, receipts, notes, ledgers, bank records, money orders, etc., are maintained where the dealers in illegal controlled substances have ready access to them, such as in secured locations within their residence, the residences of friends, family members, and associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

b. Individuals who deal in illegal controlled substances routinely conceal in their residences or the residences of friends, family members, and associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house, large quantities of currency, financial instruments, precious metals, jewelry and other items of value, typically proceeds of illegal controlled substance transactions.

c. It is common for individuals who deal in the sale and distribution of illegal controlled substances, particularly cocaine base, to secrete contraband related to the

activity, such as scales, razors, packaging materials, cutting agents, cooking utensils, microwave ovens, pots, dishes and other containers for converting cocaine into cocaine base, at their residences, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

d. Individuals who deal in the sale and distribution of controlled substances commonly maintain addresses and telephone number books or papers which reflect names, addresses and/or telephone numbers for their associates in their illegal organization. These individuals often utilize cellular telephones, pagers and telephone systems to maintain contact with their associates in their illegal businesses. These telephone records, bills and pager numbers are often found in their place of residence, or the residence of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

e. Individuals who deal in illegal controlled substances often take photos of themselves, their associates, their property and illegal contraband. These photos are usually maintained in their place of residence, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

f. Persons who traffic controlled substances maintain documents, letters and records relating to illegal activity for long periods of time. This documentary evidence is usually secreted in their residence, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house. This documentary evidence includes but is not limited to telephone numbers, telephone books, address books, credit card and hotel receipts, plane and bus tickets and receipts, car rental receipts, accounts and records in fictitious names, false identification, money orders, cashiers checks relating to cash transactions and records indicating the existence of storage facilities used in narcotics trafficking.

g. Individuals involved in narcotics trafficking often own, possess and/or use weapons as a means to facilitate their illegal drug activities. Such weapons are most often secreted in their residence, or the residences of friends, family members, or associates, or in the places of operation of the drug distribution activity, such as a stash house or safe house.

3.    Based on your affiant's training, experience and knowledge in weapons related investigations, your affiant knows that:

a. Individuals who deal in illegal activities often take photographs of themselves, their associates, and their property and illegal contraband. Within these pictures, individuals are sometimes known to mimic or gesture handguns with their hands or actually photograph themselves with handguns.

b. Individuals who deal in illegal activities also maintain documents, paper or records constituting evidence of the commission of crimes.

    c. Based upon the affiants training and experience, I have knowledge that persons in possession of firearms maintain additional ammunition, gun cleaning kits, and photographs of firearms, and paper work that relates to the purchase or ownership of firearms. The affiant knows from experience that persons who are in possession of firearms usually do not dispose of their firearms, even after committing crimes with them. They usually keep them and store them, either in their home, vehicles or place of employment. These items are commonly hidden in secure locations to protect them from discovery by law enforcement authorities. However, these items are generally maintained where the persons have ready access to them.

## BACKGROUND OF THE INVESTIGATION LEADING TO THE ARREST OF ERRICKSTON BENNETT.

1.    On 04/26/07, C-1, XXXXXXXXXXXXXXX, reported the theft of their vehicle to the MPDC 5th District from XXXXXXXXXXXX, Washington, D.C., a 2007 Chevrolet Monte Carlo 2-door, red in color bearing Maryland tag: XXXX, VIN number: XXXXXXXXXX, CCN Report Number: 105495. C-1 reports that Defendant Bennett rented the vehicle and failed to return the vehicle to XXXXXXXXXXXXXX and that the vehicle was still out and wanted as stolen.

    On 11/07/07, Sgt. Cortright of the Metropolitan Police Department observed Defendant Bennett operating C-1's vehicle at 17th Street, NE and Bladensburg Road, NE, Washington, D.C. A WALES / NCIC check revealed that the vehicle was still wanted as stolen at which time the vehicle was lost in traffic. Sgt. Cortright then canvassed the area and located C-1's vehicle parked on the 1100 block of Queen Street, NE, Washington, D.C. At that time, Sgt. Cortright set up an observation post of the vehicle and observed Defendant Bennett approach the vehicle and open the passenger door. He then leaned over into the rear seat for a moment and then got out of the vehicle and closed the door. Defendant Bennett then walked to the driver's side and got into the vehicle and sat behind the wheel for a few minutes. He once again exited the vehicle and walked down the street the entire block at which time he was stopped and placed under arrest on the 1100 block of Queen Street, NE for Unauthorized Use of a Vehicle. The vehicle keys and the keyless remote to C-1's vehicle were subsequently recovered from Defendant Bennett's right front pants pocket.

    The vehicle was then driven to the 5th District Station at which time Sgt. Cortright conducted a preliminary search of the vehicle. Sgt. Cortright looked into the front center console and observed a large clear plastic ziplock baggie containing twenty-four (24) large tannish rocks weighing approximately 4.375 ounces, a portion of which was field-tested revealing a positive color-reaction for crack cocaine. Also observed laying inside the front center console was a plastic pill container containing fifty-two (52) small plastic ziplock baggies, fifty (50) purple tinted baggies and two (2) green tinted baggies, each containing a tannish rock substance, a portion of which was field-tested revealing a positive color-reaction for crack cocaine.

A further search of the vehicle revealed a "High Sierra" backpack, which contained a Black and Silver .45 caliber semi-automatic handgun, brand name "Fabrinor-Vitoria" model "Firestorm", loaded with nine (9) live rounds of .45 caliber ammunition, with one (1) round in the chamber and eight (8) rounds in the magazine. The serial number had been obliterated with the exception of the last two numbers (02). Also located inside the backpack with the handgun were numerous pieces of paperwork bearing Defendant Bennett's name and address, XXXXXXXXXXXX, NE, Washington, D.C. In addition, there were numerous other pieces of paperwork found throughout the entire vehicle also bearing Defendant Bennett's name and address, XXXXXXXXXXX, NE, Washington, D.C. MPDC database, Columbo, database JUSTIS and DC Pre-Trial services all gave XXXXXXXXXX, NE as one listed for Defendant Bennett's residence.

Moreover, at the time of the arrest, Defendant Bennett provided a DC driver's license, #: XXXXX, bearing the address of XXXXXXXXXX, NE, Washington, D.C., which is also the address that Defendant Bennett gave verbally at the time of his arrest.

2.     On November 8, 2007 the handgun was test fired by the firearms examiner's office. The weapon was found to be fully functional and operable. A records check was also conducted and showed no record of ownership by the defendant or license to carry the aforementioned handgun.

3.     Officers know through their training and knowledge in the field of narcotics that the amount of narcotics seized and the manner in which the narcotics were packaged in this case is more than that which is kept for personal use and is consistant with possession with the intent to distribute. Therefore, as a result of the above facts and investigation, Defendant Errickston Bennett was charged with Unauthorized Use of a Vehicle, Possession with the Intent to Distribute Crack Cocaine while Armed, Felony Carrying a Pistol without a License, Unregistered Firearm and Unregistered Ammunition.

4.     A criminal check of Defendant Bennett's criminal history revealed that Defendant Bennett is a convicted felon and has been arrested at least four (4) times in the District of Columbia since 2000. (UCSA Distribution of Crack Cocaine, UCSA Possession with the Intent to Distribute Crack Cocaine (x2), Felony Carrying a Pistol without a License and Unregistered Firearm). In addition, his most recent arrest from 2004 was also on the 1100 block of Queen Street, NE at which time he also verbally gave the address of XXXXXXX NE, Washington, D.C.

5.      Therefore, it is respectfully requested that a Search Warrant be issued for the premises known as **XXXXXXXXXXXXXXX, NE, Washington, D.C.** for the reasons set forth above and for any other evidence of a crime that may be found.  I have signed this document under oath as to all assertions and allegations contained herein and state that its contents are true and correct to the best of my knowledge.


_____          _____
      **ATTORNEY**                                       **AFFIANT**

                                            David C. Wildey, Officer
                                            Metropolitan Police Department


Sworn and Subscribed to me this ____day of November 2007.


                                          **United States Magistrate Judge**

                                      **_____**