AO93(Rev 5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1277 Owen Place, NE
Washington, DC

**SEARCH WARRANT**

CASE NUMBER **07-556-M-01**

TO: Any officer of the Metropolitan Police Department and any Authorized Officer of the United States

Affidavit(s) having been made before me by **Officer David C. Wildey** who has reason to believe that
(name, description and or location)

The premises, known as 1277 Owen Place, NE, Washington, D.C., described as a red brick two-story row house. The house has an outer white front storm door and an inner white front door. The numbers "1277" are in gold in color and are affixed immediately to the left of the front door frame.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

Narcotics (cocaine), additional drugs, drug packaging and processing materials, scales, cutting tools, cash, containers, safes, computers and other electronic devices which aid in the continuing criminal enterprise of narcotics trafficking such as but not limited to, records such as talley sheets books, receipts, notes, ledgers, bank records, telephone bills, money orders, and other papers documenting the importation, purchase, processing and manufacturing, ordering, sales and distribution of crack cocaine and other drugs as well as any other illegal items associated with drug sale and procession, proof of residence and any other violation of the law Ammunition, holsters, firearms, bullet proof vests, cleaning kits and other documentary and photographic evidence of firearms possession and violations.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____Nov 19 2007_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

**NOV 09 2007**  1:30 PM              at Washington, D.C.

Date and Time Issued
**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name and Title of Judicial Officer                    Signature of Judicial Officer

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| NOVEMBER 9, 2007 | NOVEMBER 9, 2007 1937 HRS. | MICHELLE BENNETT |

INVENTORY MADE IN THE PRESENCE OF OFFICERS HOFFMAN WILDEY HARDING PAPPAS JENKINS HOPPER MOORE LEROUX BATSHON AGUSTI WINGO HARRIS SGT MITCHELL ROCK BROWN KENNY PANKOWSKI LT LUKAS

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

NAME OF
(2) MAIL MATTER ERRICKSTON BENNETT

(1) PICTURE (COLOR)

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

FILED
NOV 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed, sworn to, and returned before me this date.

_____       11-13-07
U.S. Judge or U.S. Magistrate Judge        Date